## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH-PMF

MDL No. 2100

**This Document Relates To:**

**Lavern Coleman v. Bayer HealthCare**          No. 10-cv-13288-DRH
**Pharmaceuticals Inc., et al.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on October 29, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.


                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:   /s/Sara Jennings
                                               Deputy Clerk

Dated: October 31, 2013

Digitally signed by
David R. Herndon
Date: 2013.10.31
09:33:19 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT